# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FABRICS INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> G-III APPAREL GROUP, LTD; MCKLEIN COMPANY, LLC; and DOES 1-10, <br><br> Defendants. | Case No. 2:13-cv-00803-ODW(AJWx) <br><br> **ORDER TO SHOW CAUSE RE SETTLEMENT** |

In light of the Notice of Settlement filed in this case (ECF No. 103), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing no later than **Tuesday, February 18, 2014**, why settlement has not been finalized. No hearing will be held on this matter. All other dates are **VACATED** and taken off calendar. This Order to Show Cause will be vacated upon the filing of a stipulation to dismiss and proposed order of dismissal.

**IT IS SO ORDERED.**

January 16, 2014

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**