**O**

# United States District Court
# Central District of California

| | |
|---|---|
| UNITED FABRICS INTERNATIONAL, INC., | Case No. 2:13-cv-00803-ODW(AJWx) |
|      Plaintiff, | **ORDER CONTINUING ORDER TO SHOW CAUSE** |
|   v. | |
| G-III APPAREL GROUP, LTD and MCKLEIN COMPANY, LLC, | |
|      Defendants. | |

The Court is in receipt of Plaintiff's Response to this Court's Order to Show Cause Re Settlement.  (ECF No. 105.)  Plaintiff indicates that the parties are finalizing settlement and need additional time.  Therefore, the Court **CONTINUES** the Order to Show Cause and the matter is now calendared for **Monday, March 10, 2014 at 1:30 p.m.**  This Order to Show Cause will be discharged, and the hearing vacated, upon the filing of a stipulation to dismiss and proposed order of dismissal.   No further extensions will be granted.

**IT IS SO ORDERED.**

February 19, 2014

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**